Z. RYAN PAHNKE
Nevada Bar No. 9641
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Fax: (801) 532-7543
Email: rpahnke@rqn.com

David J. Malley
Nevada Bar No. 8171
**JOLLEY URGA WOODBURY & HOLTHUS**
50 S. Stephanie Street, Suite 202
Henderson, Nevada  89012
Telephone: (702) 699-7500
Fax: (702) 699-7555
Email: DJM@juwlaw.com
*Designated for service pursuant to LR IA 11-1(b)*

*Attorneys for AdvancedMD, Inc.*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HEALTH CLINICS, LLC, a Nevada limited liability company,<br><br>Plaintiff<br><br>vs.<br><br>ADVANCEDMD, INC., a Delaware corporation,<br><br>Defendant | Case No. 2:22-cv-02096-CDS-VCF<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, the parties in this action, Plaintiff Sunrise Health Clinics, LLC, and Defendant AdvancedMD, Inc., through their respective counsel of record, hereby stipulate to and request that the Court extend the deadline for the parties to submit the Joint Status Report required by the Court's December 19, 2022, Minute Order in Chambers (Docket No. 3) for 7 days, until January 25, 2023.  This is the first stipulated motion to extend this deadline.

1625248

As required by LR 26-3, the parties include the following information about good cause for the requested one-week extension:  Defendant timely removed this case to Federal Court on December 19, 2022.  The parties have agreed that Defendant will file its response to Plaintiff's complaint no later than January 19, 2023.  Once the responsive pleading is on file, the parties plan to meet and confer about the contents of the Joint Status Report to be filed with the Court. The original deadline for filing the Joint Status Report is today, January 18, 2023, which is 30 days from receipt of the Court's December 19, 2022, Minute Order in Chambers.  There are no pending motions or discovery deadlines in this case that will be affected by this one-week extension of the deadline to file the Joint Status Report until January 25, 2023.

DATED this 18th day of January, 2023.

HURTIK LAW & ASSOCIATES

*/s/ Carrie E. Hurtik*
(*signed by filing counsel with permission received via email on 1/18/2023*)
Carrie E. Hurtik
Jonathon R. Patterson

RAY QUINNEY & NEBEKER P.C.

*/s/ Z. Ryan Pahnke*
Z. Ryan Pahnke
Nevada Bar No. 9641

and

David J. Malley
Nevada Bar No. 8171

*Attorneys for AdvancedMD, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   January 20, 2023

1625248

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT
PAGE 2