1  **CARRIE E. HURTIK, ESQ.**
Nevada Bar No., 7028
2  **JONATHON R. PATTERSON**
Nevada Bar No. 9644
3  HURTIK LAW & ASSOCIATES
6767 West Tropicana Ave., Suite #200
4  Las Vegas, NV 89103
Phone: (702) 966-5200
5  Fax: (702) 966-5206
churtik@hurtiklaw.com
6  jpatterson@hurtiklaw.com
Attorneys for Plaintiff,
7  SUNRISE HEALTH CLINICS, LLC

### UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HEALTH CLINICS, LLC, a Nevada limited liability company,<br><br>Plaintiff<br><br>vs.<br><br>ADVANCEDMD, INC., a Delaware corporation,<br><br>Defendant | Case No. 2:22-cv-02096-CDS-VCF<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, the parties in this action, Plaintiff Sunrise Health Clinics, LLC, and Defendant AdvancedMD, Inc., through their respective counsel of record, hereby stipulate to and request that the Court extend the deadline for the Plaintiff to oppose Defendant's Motion to Dismiss, (Docket No. 7) until February 16, 2023.  This is the first stipulated motion to extend this deadline. The Defendant filed their Motion to Dismiss on January 19, 2023.

As required by LR 26-3, the parties include the following information about good cause for the requested extension:  Defendant timely removed this case to Federal Court on December 19, 2022.  Counsel for Plaintiff is currently ill and has requested an extension.  There are no pending motions or discovery deadlines in this case that will be affected by this extension of the deadline to file the Opposition until February 16, 2023.

DATED this 8th of February, 2023.          HURTIK LAW & ASSOCIATES

/s/     Jonathon R. Patterson
Carrie E. Hurtik
Jonathon R. Patterson
Attorneys for Plaintiff,
SUNRISE HEALTH CLINICS, LLC

RAY QUINNEY & NEBEKER P.C.

/s/     Z. Ryan Pahnke, ESQ.
(signed by filing counsel with permission received via email on 2/08/2023)
Z. Ryan Pahnke
Nevada Bar No. 9641
        and
David J. Malley
Nevada Bar No. 8171
*Attorneys for AdvancedMD, Inc.*

## ORDER

**IT IS HEREBY ORDERED** that the Stipulated Motion and Order to Extend Deadline to File Opposition [ECF No. 10] is GRANTED. The deadline for plaintiff to oppose defendant's motion to dismiss is extended to February 16, 2023.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 9, 2023