**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SUNRISE HEALTH CLINICS, LLC, a Nevada Domestic Limited Liability Company,<br><br>Plaintiff(s),<br><br>v.<br><br>ADVANCEDMD, INC., a Delaware Domestic Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant(s). | 2:22-cv-02096-CDS-VCF<br>**<u>ORDER</u>** |

Before the Court is *Sunrise Health Clinics, LLC v. AdvancedMD, LLC*, case no. 2:22-cv-296-CDS-VCF.

On April 6, 2023, Carrie E. Hurtik, Esq. was suspended from practicing law in this court. (ECF No. 6).

Accordingly,

The Clerk of Court is directed to terminate Ms. Hurtik from this case. Plaintiff Sunrise Health Clinics, LLC is still represented by Jonathon Patterson, Esq.

DATED this 12th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE